UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DERETHA MILLER, LUETRICIA FREEMAN BECKER, RALPH HENRY, NOEMY RODRIGUEZ and TAMBITHA BANKS, individually, and on behalf of a class of persons similarly situated

       Plaintiffs,

v.                                      Case No:   2:18-cv-195-FtM-38CM

THE CITY OF FORT MYERS, RANDALL P. HENDERSON, JR. and SAEED KAZEMI,

       Defendants.

| Judge: | Carol Mirando | Counsel for Plaintiff | Ralf G. Brookes<br>Gary A. Davis |
|---|---|---|---|
| Deputy Clerk: | Seth Bowe | Counsel for Defendant: | Patrick M. Chidnese<br>Terry B. Cramer<br>Grant W. Alley |
| Court Reporter | Digital | Interpreter | |
| Date/Time | August 8, 2018<br>11:00 AM | Total Time | 33 Min. |

Preliminary Pretrial Conference

Court discussed case management and scheduling deadlines and other issues regarding case management, including E-Discovery, Confidentiality Agreements, Settlement Conference before a Magistrate Judge and disclosure of expert reports.

Scheduling Order to issue.