UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DERETHA MILLER, LUETRICIA
FREEMAN BECKER, RALPH HENRY,
NOEMY RODRIGUEZ and TAMBITHA
BANKS, individually, and on behalf of a
class of persons similarly situated

       Plaintiffs,

v.                                     Case No: 2:18-cv-195-FtM-38CM

THE CITY OF FORT MYERS,
RANDALL P. HENDERSON, JR.
and SAEED KAZEMI,

       Defendants.
_____/

## ORDER[1]

Before the Court is the parties' Joint Status Update on Settlement and Unopposed Request for Extension of Time to Respond to the Amended Complaint. (Doc. 47). The parties state that they are still in the process of settling Plaintiffs' Resource Conservation and Recovery Act claims. As such, the parties request an extension of time to complete their settlement discussions and advise the Court of a potential settlement. Further, the Defendants request an extension of time to respond to the Amended Complaint. For

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

good cause shown, the Court grants the parties' request. However, the Court warns that it is not inclined to grant any additional extensions absent extraordinary circumstances.

Accordingly, it is now

**ORDERED:**

1. The parties must file a status update **on or before December 31, 2018.**

2. Defendants must file an answer or renewed response to the Amended Complaint **on or before January 15, 2019.**

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of December 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record