IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DERETHA MILLER, WILLIE BLANKS,
and TAMBITHA BLANKS, individually, and
on behalf of a class of persons similarly situated,

    Plaintiffs,

v.                                                  Case No. 2:18-cv-195-SPC-NPM

THE CITY OF FORT MYERS, a Municipality,
MAYOR RANDALL P. HENDERSON, JR., and
SAEED KAZEMI, in their official capacities,

    Defendants.
_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE MOTION UNDER RULE 54(d)**

The City of Fort Myers (the "City"), Mayor Randall P. Henderson, Jr., and Saeed Kazemi (together, "Defendants") respectfully request a thirteen-day extension of time to file a motion for the recovery of their fees and costs as provided in Rule 54(d), Federal Rules of Civil Procedure, and Local Rule 4.18.  To be clear, Defendants do not seek to recover a monetary award of fees or costs from the Plaintiffs in this case.  Defendants file this motion in an abundance of caution because, in response to Plaintiffs' motion seeking fees and costs [Doc. 130], Defendants will likely contend (among other points) that any such award should be set off by litigation costs that the City has incurred.  Defendants request this extension of time only to the extent the Court construes this proposed setoff as a request for affirmative relief.

By way of background, on January 6, 2020, the Court granted summary judgment in Defendants' favor on Plaintiffs' remaining federal claim.  [Doc. 128].  On January 20, 2020, Plaintiffs filed a motion for an award of fees and costs pursuant to 42 U.S.C. § 6972(e).  [Doc.

130]. This statute permits a court to award reasonable costs and fees to the prevailing party, "whenever the court determines such an award is appropriate." 42 U.S.C. § 6972(e). Defendants will explain that such an award is inappropriate in this case. Having reviewed Plaintiffs' motion, Defendants will also likely contend that any such award should be subject to a set off of fees and costs the City was forced to incur notwithstanding the removal of the lime residual.[1] To the extent the Court construes this setoff argument as a request for affirmative relief, *i.e.*, an award of the City's own attorney's fees and costs, Defendants request that the Court extend Defendants' deadline to file a motion for fees and costs.

Because of the federal holiday, any motion for fees and costs is due Tuesday, January 21, 2020. Defendants request an extension through Monday, February 3, 2020, coinciding with their deadline to respond to Plaintiffs' motion, in which to file a request for fees and costs to the extent the Court construes Defendants' response as requesting affirmative relief. The Court may properly enlarge this deadline. *See, e.g.*, *Bergen v. Comm'r of Soc. Sec.*, 454 F.3d 1273, 1278 n.2 (11th Cir. 2006).

---

[1] As noted, Defendants do not intend to recover fees or costs in excess of this set off should the Court award any fees or costs to Plaintiffs.

**Local Rule 3.01(g) Certification**

Undersigned counsel has conferred with Plaintiffs' counsel, and Plaintiffs oppose the relief sought in this motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Grant W. Alley* | /s/ *Patrick M. Chidnese* |
| Grant W. Alley, Esq. | Joseph H. Varner, III, Esq. |
| Florida Bar No. 967386 | Florida Bar No. 394904 |
| CITY OF FORT MYERS | Stacy D. Blank, Esq. |
| Post Office Box 2217 | Florida Bar No. 772781 |
| Fort Myers, FL 33902 | Patrick M. Chidnese, Esq. |
| Telephone: (239) 321-7050 | Florida Bar No. 089783 |
| Facsimile: (239) 344-5916 | HOLLAND & KNIGHT LLP |
| galley@cityftmyers.com | 100 N. Tampa St., Suite 4100 |
| tcramer@cityftmyers.com | Tampa, FL 33602-3644 |
| | Telephone: (813) 227-8500 |
| *Trial Counsel for the City of Fort Myers* | Facsimile: (813) 229-0134 |
| | joe.varner@hklaw.com |
| | stacy.blank@hklaw.com |
| | patrick.chidnese@hklaw.com |
| | |
| | *Trial Counsel for the City of Fort Myers* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record, including:

| | |
|---|---|
| Ralph Brookes, Esq. | Gary A. Davis, Esq. |
| Ralf Brookes Attorney | James S. Whitlock, Esq. |
| 1217 E. Cape Coral Parkway #107 | Davis & Whitlock, P.C. |
| Cape Coral, FL 33904 | 21 Battery Park Ave., Suite 206 |
| Ralf@RalfBrookesAttorney.com | Asheville, NC 28801 |
| RalfBrookes@gmail.com | gadavis@enviroattorney.com |
| | jwhitlock@enviroattorney.com |

*/s/ Patrick M. Chidnese*
Attorney